# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00043-CR
## NO. 03-10-00044-CR

**Francisco Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NOS. D-1-DC-05-301980 & D-1-DC-07-201519
### HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Francisco Hernandez seeks to appeal judgments of conviction for possession of a controlled substance. The trial court has certified that Hernandez waived the right of appeal in both causes. The appeals are dismissed. *See* Tex. R. App. P. 25.2(d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: February 26, 2010

Do Not Publish